CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 2 2012

JULIA C. DUDLEY, CLERK
BY: *BWehr*
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| SULEYMAN CILIV, d/b/a 77 CONTRACTING AND TRADING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UXB INTERNATIONAL, INC.,<br><br>    Defendant. | **Civil Action No.: 7:12-cv-290**<br><br>**Order**<br><br>Hon. James C. Turk<br>Senior United States District Judge |

This matter is before the Court on Defendant's Motion to Dismiss and Motion to Strike. ECF No. 4. For good cause shown, it is hereby

### ADJUDGED AND ORDERED

that the Motion to Dismiss as to Counts 2 and 3 is **GRANTED**. The Motion to Strike Count 3 is **DISMISSED AS MOOT**.

    The Clerk of Court is directed to send copies of this order to counsel of record for both parties.

    ENTER: This _22nd_ day of October, 2012.

_James C. Turk_
Hon. James C. Turk
Senior United States District Judge