CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/ BWuhn
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SULEYMAN CILIV, d/b/a 77 CONSTRUCTION CONTRACTING AND TRADING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UXB INTERNATIONAL, INC., <br><br> Defendant. | Civil Action No.: 7:12-cv-290 <br><br> Order <br><br> Hon. James C. Turk <br> Senior United States District Judge |

This matter is before the Court on Defendant's Motion to Dismiss and Motion to Strike. ECF No. 4. For good cause shown, it is hereby

## ADJUDGED AND ORDERED

that the Motion to Dismiss as to Counts 2 and 3 is **GRANTED**. The Motion to Strike Count 3 is **DISMISSED AS MOOT**.

The Clerk of Court is directed to send copies of this order to counsel of record for both parties.

ENTER: This 22nd day of October, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge