CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 8 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SULEYMAN CILIV, d/b/a 77 CONSTRUCTION CONTRACTING AND TRADING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UXB INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No.: 7:12-cv-290<br><br>**FINAL ORDER AND JUDGMENT**<br><br>Hon. James C. Turk<br>Senior United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss for Lack of Jurisdiction, ECF No. 28, is **GRANTED** and this case is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion to Consolidate or to Amend, ECF No. 36, is **DENIED AS MOOT**.

The Clerk shall **STRIKE** this case from the active docket of the Court. The Clerk of Court is further directed to send copies of this order to counsel of record for both parties.

ENTER: This 8th day of August, 2013.

*James C. Turk*
Hon. James C. Turk
Senior United States District Judge